11263614

AO 442 (Rev. 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | |
| | ) | Case No.   24-cr-163 (RBW) |
| Nashon Utterback | ) | |
| U.S. MARSHAL-DC PM5:09 | ) | |
| RECEIVED SEP 26 '25 | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Nashon Utterback

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Please see attached petition and order.

Date:      September 26, 2025

_____
*Issuing Officer's Signature*

City and State:  Washington, DC

Andriea Hill, Courtroom Deputy
_____
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* 9/26/26 , and the person was arrested on *(date)* 3/19/26 at *(city and state)* Fort Washington, MD .<br><br>Date: 3/19/26 _____<br>*Arresting Officer's Signature*<br><br>Ryan Owens DUSM<br>*Printed Name and Title* |